**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00909-CV

## IN THE INTEREST OF O.M. AND M.M., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53875-2018**

## ORDER

Before the Court is appellant's September 5, 2019 motion to extend time to file her opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than September 25, 2019.

We note the motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5). Any further motions shall include the certificate.

/s/      BILL WHITEHILL
         JUSTICE